IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PATRICK O'LEARY, | ) |
|        Plaintiff, | ) CASE NO. 3:21-cv-39 |
| vs. | ) |
| | ) **NOTICE OF REMOVAL** |
| ST. AMBROSE UNIVERSITY, | ) |
|        Defendant. | ) |

Defendant, St. Ambrose University, by its attorney, Mikkie R. Schiltz, of Lane & Waterman LLP, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above captioned lawsuit from the Iowa District Court for Scott County to the United States District Court, Southern District of Iowa, and in support thereof, states the following:

1. On March 24, 2021, Plaintiff filed a Petition against Defendant in the Iowa District Court, Scott County, Case Number LACE133704. Defendant accepted service of the Petition on April 14, 2021.

2. Plaintiff has alleged a federal claim, claiming Defendant violated ERISA when it denied him benefits under a retirement incentive plan. Petition, Division III, pp. 8-11.

3. This Court has original subject matter jurisdiction of Division III, Plaintiff's federal claim, because Division III pleads a violation of federal law, ERISA. 28 U.S.C. § 1331.

4. The Court also has supplemental jurisdiction over Divisions I, II, IV, V, and VI, breach of contract, wage payment and collection, and age discrimination claims, because these claims are part of the same case or controversy as the ERISA claim. 28 U.S.C. § 1367.

5. Removal of this action is proper under 28 U.S.C. § 1441.

6. Defendant accepted service on April 14, 2021. This Notice of Removal is timely

filed with this Court within thirty (30) days after Defendant accepted service of the Petition.

7. Attached as exhibits are complete copies of all processed pleadings and papers received by Defendant, and the Acceptance of Service sent to Plaintiff on behalf of Defendant.

8. Notice will be given to Plaintiff promptly after the filing of this notice as required by 28 U.S.C. § 1446(d).

9. A copy of this notice will also be filed with the Iowa District Court, Scott County, Iowa promptly after the filing of this notice as required by 28 U.S.C. § 1446(d).

Dated: April 26, 2021

**LANE & WATERMAN LLP**

By /s/ Mikkie R. Schiltz
Mikkie R. Schiltz, AT0007038
220 North Main Street, Suite 600
Davenport, Iowa 52801
Phone: (563) 324-3246
Fax: (563) 324-1616
Email: mschiltz@l-wlaw.com

**ATTORNEYS FOR DEFENDANT,
ST. AMBROSE UNIVERSITY**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

John F. Doak
Katz Nowinski P.C.
1000 - 36th Avenue
Moline, IL 61265-7126
E-mail: jdoak@katzlawfirm.com
*ATTORNEY FOR PLAINTIFF*

By  /s/ Mikkie R. Schiltz